IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GURAL FOSTER                                                                                        PLAINTIFF

v.                                          No. 4:10CV01064 JLH-JJV

SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 4th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE